Oscar JOHNS, Movant, v. Ben WELLS, Opposed.

Court of Appeals of Kentucky.

Dec. 18, 1942.

Shumate & Shumate for movant.

John W. Walker, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

SERVICE DRUG COMPANY, Incorporated, Movant, v. Leola LAUDERDALE, Opposed.

Court of Appeals of Kentucky.

Dec. 18, 1942.

Charles W. Anderson and Prentice Thomas for movant.

Jerome C. Hancock and R. Everett Ray, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Grant TURNER, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Jan. 22, 1943.

J. R. Llewellyn for appellant.

Hubert Meredith, Attorney General, and Jesse K. Lewis, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Motion for appeal overruled and judgment affirmed.